IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NICOLE MARIE ROZELL,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

ORDER

26-cv-501-wmc

Pursuant to a joint motion for remand (dkt. #11) filed by the parties on October 27, 2026, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 27th day of October, 2026.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge